IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARINA WEAHUNT,** | **CASE NO.  CIV. S-10-2299 FCD GGH PS** |
| **Plaintiff,** | **MINUTE ORDER** |
| vs. | |
| **CALIFORNIA RECONVEYANCE COMPANY,** | |
| **Defendant.** | |

At a session of the United States District Court for the Eastern District of California, in the City of Sacramento, on August 27, 2010.

**PRESENT, THE HONORABLE FRANK C. DAMRELL, JR., JUDGE:**

The court is in receipt of plaintiff's complaint and motion for temporary restraining order, filed August 27, 2010.  By this order, the court directs plaintiff to the requirements of Local Rule 231 regarding temporary restraining orders.  Specifically, with respect to notice, the rule provides:

> Except in the most extraordinary of circumstances, no temporary restraining order shall be granted in the absence of actual notice to the affected party and/or counsel, by telephone or other means, or a sufficient showing of efforts made to provide notice.  Fed. R. Civ. P. 65(b).  Appropriate notice would inform the affected party and/or counsel of the intention to seek a temporary restraining order, the date and time for hearing to be requested of the Court, and the nature of the relief to be requested.  Once a specific time and location has been set by the Court, the moving party shall promptly give additional notice of the time and location of the hearing.

The court also directs plaintiff to the requirements regarding the documents to be filed.  Local Rule 231(c).  The court cannot set a date for a hearing on plaintiff's motion for a temporary restraining order absent compliance with these requirements.  The court will take no action on plaintiff's motion until she has complied with the requirements of the Local Rules.  Plaintiff shall comply with the Local Rules by September 1, 2010, or the court will deny the motion as procedurally defective.

1

**I hereby certify** that the foregoing is a true and correct statement of an order in the above captioned case this 27th day of August, 2010.

**VICTORIA C. MINOR, CLERK**

**By: /s/ Michele Krueger**
Michele Krueger, Courtroom Deputy