UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

OCT 5 2010



MARINA WEAHUNT,
Plaintiff(s)/Petitioner(s),

vs.

CASE NO. 2:10-CV-02299-FCD-GGH

CALIFORNIA RECONVEYANCE COMPANY,
Defendant(s)/Respondents(s).

**IMPORTANT**
**IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.**

[X] **CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: 09/15/2010          Signature: _____

Print Name: Marina Weahunt
[X] Plaintiff/Petitioner  ( ) Defendant/Respondent
( ) Counsel for *_____

[ ] **DECLINE OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: _____     Signature: _____

Print Name: _____
( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
( ) Counsel for *_____

*If representing more than one party, counsel must indicate name of each party responding.

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 9/15/10 |
| NAME OF SERVER (PRINT) Mike Cisneros | TITLE Process server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 9200 OAK DALE AVE CHATSWORTH, CA, 91311

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: PETER VAZQUEZ

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Process server | TOTAL $74.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 09/20/2010
Date

Signature of Server

2560 E Chapman Ave, CA 92869 Orange
Address of Server