IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARINA WEAHUNT,

    Plaintiff,                        No. CIV S-10-2299 KJM GGH PS

    vs.

CALIFORNIA RECONVEYANCE COMPANY,

    Defendant.                   <u>ORDER</u>

/

        Plaintiff is proceeding pro se in this action, referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(21). On December 16, 2010, plaintiff requested that the Clerk enter default against defendant California Reconveyance Company ("CRC") on the basis that CRC did not file a responsive pleading or otherwise defend the suit. (Dkt. No. 11.) Subsequently, on January 24, 2011, the Clerk entered default against CRC. (Dkt. No. 13.) Since then, this matter has been inactive and plaintiff has failed to file a motion for default judgment.

        Plaintiff will be given an opportunity to file a motion for default judgment within 28 days of service of this order. Failure to do so will result in a recommendation that this action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b).

\\\\

1

1   Plaintiff is advised that, to obtain a default judgment, she will be required to show that CRC was properly served with process.  In the case of a corporation or other business entity, service must be effectuated in accordance with Fed. R. Civ. P. 4(h), which provides that:

> Unless federal law provides otherwise or the defendant's waiver has been filed, a domestic or foreign corporation, or a partnership or other unincorporated association that is subject to suit under a common name, must be served: (1) in a judicial district of the United States: (A) in the manner prescribed by Rule 4(e)(1) for serving an individual [which permits "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made"]; or (B) by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process and – if the agent is one authorized by statute and the statute so requires – by also mailing a copy of each to the defendant....

Fed. R. Civ. P. 4(h).  Service of process on a corporation under California law requires service on an agent designated for service of process; service on a president, chief executive officer or other head of the corporation, vice president, secretary, assistant secretary, treasurer, assistant treasurer, controller, chief financial officer, or general manager; or service on a person authorized by the corporation to receive service of process.  See Cal. Civ. Proc. Code § 416.10.  Alternatively, service may be effectuated by leaving a copy of the summons and complaint during office hours with a "person who is apparently in charge," and thereafter mailing a copy of the summons and complaint by U.S. Mail.  See Cal. Civ. Proc. Code § 415.20.

In light of the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a motion for default judgment within 28 days of service of this order.  The motion shall be noticed for hearing and served on defendant.  Available hearing dates can be obtained from the undersigned's courtroom deputy clerk at (916) 930-4199.

\\\\

\\\\

\\\\

       2. Failure to move for a default judgment within the specified time will result in a recommendation that this action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b).

DATED: November 18, 2011

                                 /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH/wvr
weahunt.2299.default.wpd